O'CONNOR, C.J., and KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

O'DONNELL, J., dissents and would deny the motions to dismiss and grant an alternative writ.

**2016–1693. State ex rel. Griffin v. Doe.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed. On respondent's motion to strike relator's motion for default judgment and relator's motion to strike respondent's motion to dismiss and motion for default judgment. Motions denied as moot.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1809. Fish v. Seventh Dist. Court of Appeals.**
Miscellaneous case. On motions to dismiss. Motions granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1853. State ex rel. Davie v. Clancy.**
In Prohibition. On motion to strike. Motion denied. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1873. Oden v. Bogens.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, and DEWINE, JJ., concur.

FISCHER, J., not participating.

**2016–1885. State ex rel. Lawrence v. Judges Presiding Over Eighth Dist. Court of Appeals Case No. 100387.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, and DEWINE, JJ., concur.

O'DONNELL and O'NEILL, JJ., dissent and would grant an alternative writ.

**2016–1886. State ex rel. Boles v. Hall.**
In Mandamus and Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1893. Turner v. Lucci.**
In Mandamus. On amended motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0024. State ex rel. Cowan v. Gallagher.**
In Prohibition. On motion to stay. Motion denied. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**1989–0454. State v. Landrum.**
Ross App. No. 1330. On motion for relief pursuant to S.Ct.Prac.R. 4.01. Motion denied.

**1989–2128. State v. Jackson.**
Cuyahoga App. No. 55758. On motion for relief pursuant to S.Ct.Prac.R. 4.01. Motion denied.

**1990–1927. State v. Lorraine.**
Trumbull App. No. 3838. On motion for relief pursuant to S.Ct.Prac.R. 4.01. Motion denied.

**1994–1777. State v. Dunlap.**
Hamilton App. No. C930121. On motion for relief pursuant to S.Ct.Prac.R. 4.01. Motion denied.

**1998–0726. State v. Jackson.**
Franklin App. No. 97CR041902. On motion for relief pursuant to S.Ct.Prac.R. 4.01. Motion denied.

**2001–0253. State v. Bryan.**
Cuyahoga App. No. CR393660. On motion for relief pursuant to S.Ct.Prac.R. 4.01. Motion denied.